IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -6 AM 11: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

JAFARRIS MILLER,

  Plaintiff,

vs.

  No. 05-2110-B/P

OFFICER G. ROBINSON, et al.,

  Defendants.

## ORDER OF DISMISSAL

Plaintiff Jafarris Miller, booking number 04133502, who was, at the time he commenced this action, an inmate at the Shelby County Criminal Justice Complex ("Jail")[1] in Memphis, filed a pro se complaint pursuant to 42 U.S.C. § 1983 on February 7, 2005. Because the plaintiff provided no information concerning his inmate trust fund account, the Court issued an order on May 5, 2005 directing the plaintiff, within thirty (30) days, to comply with the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(a)-(b), or pay the full $150 filing fee. The plaintiff's copy of that order was returned by the post office on May 20, 2005 with a notation that he had been released on April 25, 2005. To date, the plaintiff has not supplied a forwarding address.

Since the plaintiff has not provided the Clerk with a forwarding address, there appears to be no way to communicate with him. It is the most basic responsibility of a litigant to keep the Court

---

[1] The word "prison" is used in this order to refer to all places of confinement or incarceration, including jails, penal farms, detention and classification facilities, or halfway houses.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-7-05

informed concerning his whereabouts. Accordingly, this action is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 6th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02110 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Jafarris Miller
SHELBY COUNTY JAIL
04133502
201 Poplar Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT