# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 PM 3: 35

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**JAFARRIS MILLER,**

    Plaintiff,

v.

**OFFICER G. ROBINSON, et al.,**

    Defendants.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 05-2110-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on June 7, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

6/8/05
Date

ROBERT R. DI TROLIO
Clerk of Court

_____
(By) Deputy Clerk


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02110 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Jafarris Miller
SHELBY COUNTY JAIL
04133502
201 Poplar Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT